IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02277-GPG

JEFFREY BARNES,

    Plaintiff,

v.

CITY OF LAKEWOOD, CO,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Jeffrey Barnes, initiated this action by filing *pro se* a Complaint (ECF No. 1). On October 16, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Barnes to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Gallagher provided specific instructions to Mr. Barnes regarding the pleading requirements of Rule 8 and he advised Mr. Barnes that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

    Mr. Barnes has failed to file an amended complaint within the time allowed and he has not responded in any way to Magistrate Judge Gallagher's October 16 order in this action. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with the Federal Rules of Civil Procedure and a court order. The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be

taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Barns failed to prosecute and comply with the Federal Rules of Civil Procedure and a court order.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   20th   day of   November  , 2015.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court